Randolph H. DEWITT, Petitioner,

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

Supreme Court of Pennsylvania.

June 17, 2004.

### ORDER

PER CURIAM.

AND NOW, this 17th day of June, 2004, the petition for allowance of appeal is granted. The application for appointment of counsel is also granted. The order of the Commonwealth Court is vacated and the matter is remanded to the Commonwealth Court for consideration of the merits of the petition for writ of mandamus and for the appointment of counsel.

Jurisdiction relinquished.

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Joseph F. CARVALHO, Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 10, 2003.
Decided June 21, 2004.

### ORDER

PER CURIAM.

AND NOW, this 21st day of June, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

Justice EAKIN did not participate in the consideration or decision of this case.